In the Matter of the Accounting of RUTH HUNT, as Executrix of THOMAS HUNT, Deceased, Appellant.

ALLEN RATHBUN et al., Respondents.

*Matter of Hunt,* 84 App. Div. 159, affirmed.
(Submitted October 5, 1904; decided October 25, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1903, which affirmed an order of the Rensselaer County Surrogate's Court requiring the executrix herein to file a supplemental account.

The following questions were certified:

" 1. Does the will of Thomas Hunt, taken in connection with such extrinsic facts as appear and may be properly considered, vest in the widow an absolute title to his real and personal estate ?

" 2. Does the will of Thomas Hunt, taken in connection with such extrinsic facts, vest in the widow during her lifetime an unqualified power of disposition of both principal and income of his estate ?

" 3. Does the income remaining unexpended at the death of the widow belong to testator's estate ?

" 4. Has the respondent such an interest in the estate of the testator that he could institute these proceedings requiring Ruth Hunt to account as executrix of Thomas Hunt, deceased, under the provisions of sections 2727 and 2514, subdivision 11, of the Code of Civil Procedure ? "

*John H. Peck* for appellant.

*John B. Holmes* for respondents.

Order affirmed, with costs, on opinions below. First and second questions certified answered in the negative; fourth question answered in the affirmative, and third question not answered because not passed upon by either court below.

Concur: CULLEN, Ch. J., O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: GRAY and HAIGHT, JJ.